No. 671, Misc. WASHINGTON *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 921, Misc. FLOURNOY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 924, Misc. SWEENEY *v.* ILLINOIS. Circuit Court of Morgan County, Illinois. Certiorari denied.

No. 936, Misc. CLEGGETT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 937, Misc. BURT *v.* KEATING. Supreme Court of California. Certiorari denied.

No. 938, Misc. EDWARDS *v.* MYERS, CORRECTIONAL INSTITUTION SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 939, Misc. MILLS *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 941, Misc. CRAWFORD *v.* HEARD, DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 942, Misc. BAKER *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 945, Misc. FLEISCHER *v.* DISTRICT COURT OF APPEAL, THIRD APPELLATE DISTRICT. Supreme Court of California. Certiorari denied.